SHIRLEY SHAMI v. FRANK SHAMI.

October 12, 1982.

Petition for certification denied.

MICHAEL D'AMATO v. RONALD WELSH.

October 12, 1982.

Petition for certification denied.

MARTIN ANGER v. MARYMO, INC.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. FRANCIS P. DEVINE.

October 12, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. PEARL HARGROVE.

October 12, 1982.

Petition for certification denied.